UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60518-CIV-ZLOCH

MICHAEL L. SCOTT,

    Plaintiff,

vs.                                  **O R D E R**

FLORIDA DEPARTMENT OF
HEALTH,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Report And Recommendations (DE Nos. 4 & 5) filed herein by United States Magistrate Judge Lurana S. Snow. The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. That the Report And Recommendations (DE Nos. 4 & 5) filed herein by United States Magistrate Judge Lurana S. Snow, be and the same are hereby approved, ratified, and adopted by the Court, and all pending Motions be and the same are hereby **DENIED** as moot; and

    2. Final Judgment will be entered by separate order.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   22nd   day of July, 2008.

                                        WILLIAM J. ZLOCH
                                        United States District Judge

Copies furnished:

The Honorable Lurana S. Snow
United States Magistrate Judge

All Parties and Counsel of Record